NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert J. Berens
Mann, Berens & Wisner, LLP
3300 N. Central Avenue, Suite 2400
Phoenix, AZ 85012
Tel: (602) 258-6200
Fax: (602) 258-6212

ATTORNEYS FOR: Plaintiff Great American Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GREAT AMERICAN INSURANCE COMPANY, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | ED CV 11 - 00902 |
| v. | |
| GEORGE R. GLEDSON and NILA GLEDSON, husband and wife; JESSICA DESENTIS, an individual, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation | Plaintiff |
| GEORGE R. GLEDSON | Defendant |
| NILA GLEDSON | Defendant |
| JESSICA DESENTIS | Defendant |

6/3/11
Date

Sign

Robert J. Berens
Attorney of record for or party appearing in pro per

CV-30 (04/10)   NOTICE OF INTERESTED PARTIES