Case 5:1

**J56**

Robert J. Berens (Cal. Bar. No. 141647)
**MANN, BERENS & WISNER, LLP**
3300 N. Central Avenue, Suite 2400
Phoenix, Arizona 85012-2513
Tel: (602) 258-6200
Fax: (602) 258-6212
E-mail:    rberens@mbwlaw.com

Attorneys for Great American Insurance Company

```
FILED
CLERK, U.S. DISTRICT COURT

NOV 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE
COMPANY, an Ohio corporation,

          Plaintiff,

v.

GEORGE R. GLEDSON and  NILA
GLEDSON husband and wife; JESSICA
DESENTIS, an individual,

          Defendants.

Case No. 5:11-cv-00902-R-OP

**DEFAULT JUDGMENT AGAINST
DEFENDANTS GEORGE GLEDSON,
NILA GLEDSON AND JESSICA
DESENTIS**

      This matter having come before the Court on Plaintiff Great American Insurance Company's ("Plaintiff") *Motion for Entry of Default Judgment Against Defendants George Gledson, Nila Gledson and Jessica Desentis* (the "Motion"), having reviewed the pleadings of record and the Declaration submitted by Plaintiff in connection therewith, this Court finds that Defendants George Gledson, Nila Gledson and Jessica Desentis ("Defendants") were regularly served with process and failed to appear and answer Plaintiff's Complaint within the time period prescribed by law, that the default

of the Defendants was duly entered by the Clerk of this Court, that Defendants are neither infants nor incompetent, and that Plaintiff is entitled to the relief requested.

Based upon the foregoing findings and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED. Plaintiff is awarded Judgment against Defendants, jointly and severally, for the following relief:

A.    Pursuant to Cal. Civil Code Section 3439.04, the transfer ("**Desentis Transfer**") from the Gledsons to Desentis of real property located at 15261 Osceola Rd., Apple Valley, CA 91737 (the "**Desentis Property**") on or about April 13, 2009 is a fraudulent transfer;

B.    The Desentis Transfer is hereby avoided pursuant to Cal. Civil Code Section 3439.07(a)(1);

C.    Defendants are permanently enjoined from selling, transferring, disposing and/or liening the Desentis Property, pursuant to Cal. Civil Code Section 3439.07(a)(3); and

D.    Plaintiff is authorized to levy execution on the Desentis Property pursuant to Cal. Civil Code Section 3439.07(c).

Dated:  11-28-11

_____
Honorable Manuel L. Real
Judge, United States District Court

MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS
GEORGE GLEDSON, NILA GLEDSON AND JESSICA DESENTIS